UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG RAYMOND SCHAFFER,

    Plaintiff,

v.

JENNIE CLAY, et al.,

    Defendants.

Case No. 24-cv-04103-PCP

**ORDER OF DISMISSAL**

On March 31, 2025, the Court dismissed the petition in part and ordered petitioner to respond to the Court's order by May 30, 2025. Dkt. No. 12. The order was returned undelivered on April 21, 2025. Dkt. No. 13.

The order was sent to Plaintiff at the address he provided. *See* Dkt. Nos. 1, 6. Plaintiff has not provided any address other than the address to which the undeliverable mail was sent. *See generally* Dkt. More than sixty days have passed since the mail was returned to the Court undelivered, and the Court has received no communication from Plaintiff.

Plaintiff has failed to comply with Local Rule 3-11(a) which requires a party proceeding *pro se* to "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the Court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to send written notice of his current address within sixty days of the return of the undelivered mail.

This action is DISMISSED without prejudice because Plaintiff failed to keep the Court informed of his address in compliance with Local Rule 3-11(a).

Because this dismissal is without prejudice, Plaintiff may ask to reopen the action. To do

this, he must file a response to the Court's order **and** a motion with the words MOTION TO REOPEN written on the first page.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 18, 2025

P. Casey Pitts
United States District Judge